WALTER STONE, Respondent, *v.* ROBERT THOMAS et al., Appellants.

Argued October 9, 1950; decided October 20, 1950.

*A. H. Harpending* for appellants.

*Roger W. Daniels* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.